**Dismiss and Opinion Filed December 4, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01460-CV

**DECO-DENCE LLC, JUSTIN BURGESS, AND MARK MCCAY, Appellants**
**V.**
**JOHN CARNEY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-07-14769-E**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

The Court has before it appellee's November 15, 2013 motion to dismiss the appeal. In the motion, appellee states the parties have settled and compromised all claims, matters, and causes of action between and among them and no longer wish to pursue the appeal.[1] We grant the motion and dismiss the appeal.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

081460F.P05

---

[1] Although appellee states the motion is not agreed, appellants did not file a response to the motion.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DECO-DENCE LLC, JUSTIN BURGESS, AND MARK MCCAY, Appellants

No. 05-08-01460-CV        V.

CARNEY, JOHN, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-07-14769-E.
Opinion delivered by Justice Lang, Justices FitzGerald and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 4th day of December, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE